IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOY EVELYN DEGROAT,

    Plaintiff,

v.                                                                                          Civ. No. 23-90 KK/SCY

MARCOS CORDERO, BRIAN SANCHEZ,
COREY NEWMAN, in their official and
individual capacities, and NEW MEXICO
STATE POLICE DEPARTMENT, and
John Does 1, 2, and 3,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff filed the complaint on January 30, 2023. Doc. 1. Since then, the record reflects that no summons have been issued and no Defendants have been served.

**WHEREFORE, IT IS HEREBY ORDERED** that, in order to avoid dismissal of this action, Plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before **May 31, 2023.**

_____
UNITED STATES MAGISTRATE JUDGE